437 A.2d 1030

Commonwealth v. Cook, Appellant.

Submitted January 20, 1981. William D. Moyer, Jr., for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, DiSALLE and POPOVICH, JJ.

Judgment of sentence affirmed.

437 A.2d 1031

Commonwealth v. Crawford, Appellant.

Submitted March 2, 1981. Daniel-Paul Alva, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J. and WICKERSHAM and BROSKY, JJ.

Order affirmed.

CERCONE, P. J., concurred in the result.